

[ BELLINGHAM's Executors v. CHAMBERLIN ]

Mr John Oxenbridge mr James Allen & mr Anthony Stoddard Trustees & Executors to the Last will & Testament of Richard Bellingham Esqr deceased plaint. agt Edmund Chamberlin of Maulden Defendt in an action of debt for non paiment of six pounds in mony in Decembr Last for rent of Marsh Let by them to the saide Chamberlain with all due damages according to Attachmt Dat: 25. of June. 1674. The Attachmt being read the Defendt owned the complaint exhibited therein; the case being committed to the Jury; they brought in theire verdict & founde for the plaintiffes six pounds in mony & costs of Court being Fourteen Shillings & four pence.

Execucion issued: 7br 29: 74.